## 60654. LYLE v. THE STATE.

POPE, Judge.

The judgment is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. McMurray, P. J., and Banke, J., concur.*

DECIDED JANUARY 20, 1981.

*Nathaniel David Wages,* for appellant.
*Nat Hancock, District Attorney, Tim Madison, Assistant*

*District Attorney,* for appellee.